IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV565

| | |
|---|---|
| LAFEARE DARNELL WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SMITH DEBNAM NARRON, et al. ) | |
| and DISCOVER BANK, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon Defendants' Motion for Summary Judgment. (Doc. No. 27). The *pro se* Plaintiff filed a response to Defendants' motion (entitled "Motion to Dismiss Defendant's Summary Judgment"). (Doc. No. 30). Defendants filed a Reply (Doc. No. 34), and Plaintiff filed a Surreply. (Doc. No. 36). It appears that this motion is fully briefed and ripe for disposition.

Upon review of the filings of the parties, the Court finds that for the reasons stated in the Defendants' briefs, there is no genuine issue of material fact as to any of Plaintiff's claims. Accordingly,

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 27) is hereby GRANTED.

Signed: July 30, 2014

Graham C. Mullen
United States District Judge