# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lafeare Darnell Ward, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00565-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Discover Bank | ) | |
| Smith Debnam Narron, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 30, 2014 Order.

July 30, 2014

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court